COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

OCTAVIO CARRASCO GONZALEZ,               )

                                                                              )               No.  08-03-00377-CR

Appellant,                          )

                                                                              )                    Appeal from the

v.                                                                           )

                                                                              )               
143rd District Court

THE STATE OF TEXAS,                                     )

                                                                              )           
of Reeves County, Texas

Appellee.                           )

                                                                              )           
(TC# 03-06-06752-CRR)

                                                                              )

 

 

MEMORANDUM  OPINION

 

We have considered
Appellant=s motion
for voluntary dismissal of his appeal. 
The motion complies with Tex.R.App.P.
42.2(a).  No
decision of this Court having been delivered before we received this motion, we
grant the motion and dismiss the appeal. 
See Tex.R.App.P. 42.2(a); Tex.R.App.P. 43.2(f).  The appeal is hereby dismissed.

 

 

 

April
7, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.

 

(Do Not Publish)